UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT MANCUSO,<br><br>                Plaintiff,<br><br>vs<br><br>CITY OF UTICA,<br><br>                Defendant. | STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>Case No. 6:16-cv-654 (NAM/ATB) |

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, pursuant to FRCP 41, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is **discontinued and dismissed with prejudice**, each party to bear its own costs, including but not limited to attorneys fees. This stipulation may be filed without further notice with the Clerk of the Court.

1

Dated: ~~April~~ July 30, 2018

_____
H. Larry Vozzo, Esq.
*Attorney for Plaintiff*
Federal Bar Roll #506059
443 North Franklin Street, Suite 220
Syracuse, NY 13204
(315) 476-2191

Dated: ~~April~~ Aug. 3, 2018

_____
Zachary C. Oren, Esq.
First Assistant Corporation Counsel
*Attorney for Defendant*
Federal Bar Roll #603001
1 Kennedy Plaza
Utica, New York 13502
(315) 792-0171

SO ORDERED:

_____
Honorable Norman A. Mordue, Senior U.S. District Judge
U.S. District Court N.D.N.Y.

Date: August 3, 2018